UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: **MICHAEL L. QUILLEN** )
    SSN XXX-XX-4619 ) Bankruptcy Case No. 10-84885-JAC-13
    **MARY J. QUILLEN** )
    SSN XXX-XX-1167 )
        Debtor(s) )
         )

## DEBTOR'S AMENDMENT OF SCHEDULES

    **COME NOW** the Debtor(s) in the above styled matter and hereby move to amend **Chapter 13 Plan** consisting of **1** pages, by substituting the attached amended **Chapter 13 Plan** for those originally filed, pursuant to Fed. R. Bankruptcy P. 1009. The specific change is as follows: **to surrender the home to Citifinancial and increase the plan payment to $625.00 per month.**

        /s/ Michele T. Hatcher
        Bond, Botes, Sykstus, Hatcher & Tanner, P.C.
        Attorney for Debtor(s)
        First Southern Bank Building
        Suite 314
        102 South Court Street
        Florence, Alabama 35630
        (256)760-1010

    **WE DECLARE UNDER PENALTY OF PERJURY THAT THE ATTACHED AMENDED CHAPTER 13 PLAN IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE, INFORMATION AND BELIEF.**

**DATED:** 2/2/2011      /s/ Michael L. Quillen
                                          **Michael L. Quillen**

**DATED:** 2/2/2011      /s/ Mary J. Quillen
                                          **Mary J. Quillen**

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing on, the U.S. Bankruptcy Clerk, mailing matrix and **Philip Geddes**, Chapter **13** Standing Trustee, by placing the same in the United States mail properly addressed and first class postage prepaid on this 2nd day of February, 2011.

        /s/ Michele T. Hatcher
        Michele T. Hatcher